# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ELIZABETH ZAVALA (2)<br><br><br><br>                Defendant. | Case No. 16CR0649-LAB<br><br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>APR 2 6 2016<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_    the Court has dismissed the case for unnecessary delay; or

X    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Information:

    8:1324(a)(1)(A)(ii), (v)(II), (a)(1)(B)i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abeeting

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/21/2016

                           Hon. David H. Bartick<br>
                           United States Magistrate Judge